```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                               PLAINTIFF

v.                    Case No. 90-60004-001

DARRELL EDWARD CARTER                                  DEFENDANT

### ORDER

On May 11, 1992, the Honorable H. F. Waters sentenced Defendant to 160 months imprisonment for possession with intent to distribute cocaine base (100 months on Count 1) and carrying a firearm during a drug trafficking crime (60 months on Count 2 to be served consecutively to Count 1). (Doc. 43). Defendant's sentence included a $100.00 special assessment and a $2,500.00 fine. (Doc. 43). Currently before the Court is a motion by Defendant to eliminate the unpaid balance of the fine imposed upon Defendant (Doc. 105) and the Government's Response (Docs. 106-07).

Title 18, section 3572 of the United States Code governs the imposition of a sentence of a fine. It states, in pertinent part:

> Notwithstanding the fact that a sentence to pay a fine can subsequently be --
>
>> (1) modified or remitted under section 3573;
>>
>> (2) corrected under rule 35 of the Federal Rules of Criminal Procedure and section 3742; or

>　　　　(3) appealed and modified under section 3742;
>
>　a judgment that includes such a sentence is a final
>
>　judgment for all other purposes.

18 U.S.C. § 3572(c).

　　In order to be modified or remitted under section 3573, the Government must petition the Court.　18 U.S.C. § 3573.　The Government has filed no such petition and, further, has filed a response objecting to any reduction of Defendant's fine.　Rule 35 of the Federal Rules of Criminal Procedure provides that the Court may correct an error in a sentence with 7 days after sentencing or reduce a sentence upon the Government's motion. Neither situation exists in this case.　Finally, for a sentence to be modified under section 3742, a notice of appeal must be timely filed in the district court.　18 U.S.C. § 3742. Defendant did not appeal his sentence.　Therefore, none of the reasons for modifying a fine are present in this case. Accordingly, Defendant's motion is DENIED.

　　IT IS SO ORDERED this 16th day of July 2007.

　　　　　　　　　　　　　　　　/s/ Robert T. Dawson
　　　　　　　　　　　　　　　　Honorable Robert T. Dawson
　　　　　　　　　　　　　　　　United States District Judge